IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. 5:23-CR-114-H-BV-1 |
| | § § § | |
| TONY LEE JOHNSON | § | |

### REPORT AND RECOMMENDATION ON PLEA
### BEFORE THE UNITED STATES MAGISTRATE JUDGE

Defendant, by consent and under the authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), appeared with counsel before the undersigned United States magistrate judge for the purpose of entering a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure. This Report and Recommendation on Plea is submitted to the Court under 28 U.S.C. § 636(b)(3). **The undersigned notes that the plea agreement contains a Rule 11(a)(2) agreement whereby Defendant enters a conditional plea of guilty, reserving his right to have the Fifth Circuit review this Court's denial of his Opposed Motion to Suppress with Brief in Support filed January 8, 2024 (ECF No. 28) and withdraw the plea of guilty should he prevail on appeal.** *See* **Fed. R. Crim. P. 11(a)(2).**

Defendant was placed under oath and personally examined in open court concerning the subjects of Rule 11 of the Federal Rules of Criminal Procedure, and the undersigned informed the Defendant of, and determined that Defendant understood, each subject.

Defendant pleaded guilty, under a written plea agreement with the government to Count One of the Indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)- Convicted Felon in Possession of a Firearm. After examining Defendant under oath, the undersigned magistrate judge finds the following:

1. Defendant, upon advice of counsel, has consented orally and in writing to enter this guilty plea before a magistrate judge subject to final approval and sentencing by the presiding district judge;

2. Defendant fully understands the nature of the charges, including each essential element of the offense(s) charged, and the associated penalties;

3. Defendant fully understands the terms of the plea agreement and plea agreement supplement;

4. Defendant understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. Defendant's plea is made freely and voluntarily;

6. Defendant is competent to enter this plea of guilty;

7. There is a factual basis for this plea; and

8. The ends of justice are served by acceptance of Defendant's plea of guilty.

Although I have conducted these proceedings and accepted of Defendant's plea of guilty, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding. Thus, if Defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

Based on the foregoing I recommend that Defendant's plea of guilty be accepted, that Defendant be adjudged guilty, and that sentence be imposed accordingly, subject to the Court's determination of whether it consents to Defendant's conditional plea. See Fed. R. Crim. P. 11(a)(2) (stating a defendant may enter a conditional plea "[w]ith the consent of the court and the government. . .").

The Clerk will furnish a copy of this Order to each attorney of record.

Signed August 21, 2024.

*Amy Burch*
AMANDA "AMY" R. BURCH
UNITED STATES MAGISTRATE JUDGE